THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN: 254904)
Assistant United States Attorney
   Room 7211, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California  90012
   Telephone:  (213) 894-6551
   Facsimile:  (213) 894-0115
   E-mail: andrew.t.pribe@usdoj.gov

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV 08-1379 CJC(MLGx) |
| Petitioner, | |
| v. | [PROPOSED] ORDER TO SHOW CAUSE |
| SIMON SINGER, J. ERIC FERGUSON, BRUCE M. GIVNER, HARLENE GOODRICH, ROBERT RABAN, and CHARLENE SAVAGE, | |
| Respondents. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service summonses.  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); accord,

1  <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

2      Therefore, **IT IS ORDERED** that Respondents appear before this District Court of the United States for the Central District of California, in **Courtroom No. 9B, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, 92701 on February 26, 2009, at 1:30 p.m.,** and show cause why the testimony and production of books, papers, records, and other data demanded in the subject IRS administrative summonses should not be compelled.

   **IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondents by any person authorized pursuant to Federal Rule of Civil Procedure 4(c)(2), in accordance with the service provisions of Rule 4 of the Federal Rules of Civil Procedure.

   **IT IS FURTHER ORDERED** that within ten days after service upon Respondents of the herein-described documents, Respondents shall file and serve written responses, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the appearance date set by this Order, a Respondent files a response with the Court stating that he or she does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of that Respondent at any hearing pursuant to this Order to Show Cause is excused, and that Respondent shall be deemed to have complied with the requirements of this Order.

   **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the appearance date set by this

1  Order.  Only those issues raised by motion or brought into
2  controversy by the responsive pleadings and supported by sworn
3  statements filed within ten days after service of the herein-
4  described documents will be considered by the Court.  All
5  allegations in the Petition not contested by such responsive
6  pleadings or by sworn statements will be deemed admitted.
7  SO ORDERED:   This 8th day of January, 2009.
8
9                                    _____
10                                   CORMAC J. CARNEY
                                     UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3